# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Tallahassee_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

McCrimager, Zebulun L.,
Inmate # 127126
(Enter full name of Plaintiff)

5-18-cv 82 -MCR/GRJ

5:18CV82MCRGRJ

vs.

CASE NO: 7.8.5
(To be assigned by Clerk)

R. Roberson sgt.,
Jones c/o 1,

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: McCrimAger, Zebulon
Inmate Number: 127126
Prison or Jail: Gulf C.I. Annex
Mailing address: 699 Ike Steel Road
Wewahitcha Florida
32465

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: R. Roberson
    Official position: Sgt.
    Employed at: Jefferson C.I.
    Mailing address: Jefferson C.I. 1050 Big Joe Rd
    Monticello, Florida 32344

(2) Defendant's name: Jones
    Official position: C/o 1
    Employed at: Jefferson C.I.
    Mailing address: Jefferson C.I. 1050 Big Joe Rd
    Monticello, Florida 32344

(3) Defendant's name: 
    Official position: 
    Employed at: 
    Mailing address: 

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A    Case #: N/A
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A
   N/A

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A    Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

3

7. Facts and claims of case: N/A

   N/A

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A   Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A

   N/A

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A   Case Docket # N/A
4. Approximate filing date: N/A   Dismissal date: N/A
5. Reason for dismissal: N/A

4

6. Facts and claims of case: __N/A__ / __N/A__

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

In and around April 1-30 2015 I/M wrote Grievances on Sgt. Roberson for matters as failing to comply with F.A.C...

In and around April 1-30 2015 I/M McCrimager were provided with a Hand cuff key H103 to carry out an hit on an I/M on behalf of I/M was about to exposed staff for smuggling in contraban. The day I/M was provide with the key I/M waiting to shift change to pass or the hand cuff key while inside of Y. Dorm Cell 2103 to Capt. Perry Capt. Kollins and LT. Gardever were present.

On Aug 1-16 I/M wrote to the F.B.I. Head quarter in Washington DC and inform them of said facts I/M recieved an responde in Nov 2015, and was told that said matter were under investigation.

On May 5, 2015 I/M McCrimager was removed from his assigned cell Y 2103 to go to the shower instead of I/M going to showing on the wing first I/M in side cell Y 2102 was slipped to come to I/M McCrimager cell where I/M was taken off the wing in the area were the control buttons are upon arrived to this area by the Gray Door James then pushes I/M against the Grey Door and double lock I/M Handcuff while Roberson placed his hand in I/M Boxer And Stuck a finger inside I/M Anus making an statement that he run this place I don't run noddling note: I/M Requested Medical

5

Treatment And was denied by both staff. I/M Then Filed an Third Party Grievance Alleging Sexual Abuse on May 6, 2015. I/M was Seened by an Inspector And a pan Handle specialist nurse Who Took picturse And Conducted Tests and Found That It was A Tear Inside I/M Anus And I/M Recieved Treatment And a prea assesment paper and Requested To press Charges To no Avail.

Please note: Defendant Roberson used excessive Force Against Plaintiff McCrimager By penertrating I/M Anus ~~~~ with his Finger Roberson Had I/M Anus In pain for 5 Days The Record would prove All Said Facts As stated on I/M McCrimager Behalf.

Also I/M McCrimager wrote To an lawyer of said matter who Infact wrote Back To I/M 2015 But It was said that Case was unfounded. The Record, Grievances, video, medical File, All would prove and support I/M statement of Facts To prove said allegation of Roberson And Jones. Who Are Both employed at Jefferson C.I.

Please note: Also Roberson only wrote I/M McCrimager An D/R For The month of April 2015 After I/M McCrimager Had Already wrote Grievances on Roberson As well The Video For Y-Dorm would prove That Roberson Arrived To Cell Y-2103 Threating I/M McCrimager.

Notes I/M McCrimager Exhausted All Administrative Remedies of said Facts listed above.

6

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

By threating plaintiff McCrimager with physical violence for exercise of his Rights to seek Redress from the prison grievance system Roberson Retaliating against McCrimager unlawfully, In violating McCrimager Rights under the 1st Amendment to the United States Constitution. The Illegal actions cause McCrimager Injury to his 1st Amendment Right.

Roberson used excessive force against McCrimager by penetrating McCrimager Anus Roberson actions violated McCrimager

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Wherefore, plaintiff Respectfully pray that this court enter Judgement: Granting plaintiff McCrimager a Declaration that the Acts and omission described herein violated his rights under The constitution and laws of the united States and

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

3/26/2018
(Date)

Zebulun McCrimager #127126
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 26 day of March, 2018.

Zebulun McCrimager #127126
(Signature of Plaintiff)

Revised 03/07

7

VI. Statement of Claims: Continuation Sheet.

Rights under The Eight Amendment to The United States Constitution And caused McCrimager pain, suffering, physical injury and Emotional Distress At the Time of Roberson Actions McCrimager was not violating any prison rule, and was not acting Disruptively.

By Jones witnessing Roberson illegal actions and fail to correct that misconduct And encouraging The act of Roberson misconduct Jones Also Violated McCrimager Rights under The Eighth Amendment To The United States Constitution And help causing McCrimager pain, suffering, physical injury And Emotional Distress

VII. Relief Requested: Continuation Sheet:

Granting plaintiff McCrimager compensatory Damages In The Amount of $300,000 Against each Defendant Jointly and Severally.

Plaintiff McCrimager seeks Compensatory Damages of _____ against Defendant Jones only.

Plaintiff McCrimager seek punitive Damages In The Amount of $2,500,000 Plaintiff McCrimager seeks These Damages against each Defendant, Jointly and Severally.

Plaintiff also seeks a Jury trial on all issues triable by Jury. Plaintiff also seeks recovery of their costs In this Suit and. Any Additional relief this court Deems Just, proper, And equitable.

Date: 3/26/2018

Respectfully Submitted,
McCrimager, Zebulon
T27126
Gulf C.I. Annex
699 Ike Steel Rd
Wewahitcha, Florida 32465

Zebulon M°Crimager #127126
Gulf C.I. Correctional Institution Annex
699 Ike Steel Rd.
wewahitchka, Florida 32465

CHECKED MAR 1 1 2018

Clerk, U.S. District Cou[rt]
111 N. Adams Street
Suite 322
Tallahassee, Florida
32301-7730