IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZEBULUN L. MCCRIMAGER,

    Plaintiff,

v.                                                                                     4:18cv179–WS/MJF

BRODERIC ROBERSON and
NICHOLAS JONES,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 70) docketed July 29, 2019. The magistrate judge recommends that Nicholas Jones be dismissed from this action pursuant to Fed. R. Civ. P. 4(m). No objections have been filed to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 70) is

hereby ADOPTED and incorporated by reference in this order.

    2. Defendant Nicholas Jones is DISMISSED from this action pursuant to Fed. R. Civ. P. 4(m).

    3. The clerk shall note on the docket that Nicholas Jones has been dismissed from the action.

    DONE AND ORDERED this __3rd__ day of __September__, 2019.

                                    s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE